No. 35, Misc. WILSON v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner pro se. A. S. Harrison, Jr., Attorney General of Virginia, and Thomas M. Miller, Assistant Attorney General, for respondent.

No. 130, Misc. UNITED STATES EX REL. DAWKINS v. DENNO, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 153, Misc. McGUINN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Robert G. Maysack for the United States.

No. 157, Misc. LINDEN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 176, Misc. LINDEN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 177, Misc. HARRISON v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 180, Misc. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.

No. 182, Misc. DAUGHARTY v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 185, Misc. COLE v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.